LOUIS FRANKEL, Respondent, v. MATTHEW M. CHRYSTMOS and WILLIAM AMBAS, Appellants.— Motion denied. Present — Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ.

HYMAN FURER, Respondent, v. HENRY ROSS, Appellant.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ.

In the Matter of SAMUEL CHUGERMAN, an Attorney.— Motion denied. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

MORRIS KRAVITZ and Others, Respondents, v. JOHN CONNORS, Appellant.— Motion for reargument denied on condition that the respondents, within five days, stipulate that the tenant may have one month's occupancy free of rent. In the event the stipulation is given, the order of this court is modified by eliminating the provision for the credit of fifty-five dollars upon the costs. [See ante, p. 836.] If such stipulation be not so given, the motion for reargument is granted. Present — Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ. Settle orders before the presiding justice.

RICHARD SHAW, an Infant, etc., by PERCY SHAW, His Guardian ad Litem, Respondent, v. BENJAMIN SKOPP, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ.

CATHERINE BRODERICK, by CELESTINE BRODERICK, Her Guardian ad Litem, Respondent, v. NEWS SYNDICATE COMPANY, INC., Sued as NEWS SYNDICATE COMPANY, Appellant — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.

GEORGE A. CARMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

ANNA CONOBOY, as Administratrix, etc., of EDWARD CONOBOY, Deceased, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.